JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOE C. HERNANDEZ MARTINEZ,<br><br>Petitioner,<br><br>v.<br><br>ACTING OR CURRENT, SECRETARY OF HOMELAND SECURITY et al.,<br><br>Respondents. | Case No. 5:26-cv-05422-SB-JDE<br><br>FINAL JUDGMENT |

For the reasons stated in the separate order entered on October 15, 2026 granting the unopposed request for release, the petition is granted.

This is a final judgment.

Date: October 20, 2026

Stanley Blumenfeld, Jr.
United States District Judge